UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**SHEPARD GREEN ET AL**　　　　　　　**CASE NO.  1:24-CV-00696**

**VERSUS**　　　　　　　　　　　　　　**JUDGE EDWARDS**

**STATE FARM MUTUAL AUTOMOBILE**　　**MAG. JUDGE PEREZ-MONTES**
**INSURANCE CO ET AL**

## JUDGMENT

The Court, having considered the record, the applicable law, the Report and Recommendation issued by the Magistrate Judge,[1] the objections thereto,[2] and the response to the objections,[3] finds that the reasoning supporting the recommendation of the Magistrate Judge is sound and adopts it as its own. For the reasons contained in the Report and Recommendation and the Memorandum Ruling filed herein,[4]

**IT IS HEREBY ORDERED** that Plaintiffs' Motions to Remand (Doc. 18 and Doc. 20) are **GRANTED,** and this matter is hereby remanded to the Tenth Judicial District Court for the Parish of Natchitoches, State of Louisiana, whence it was removed. 28 U.S.C. §1447(c).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this the 19th day of March, 2025.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 33.
[2] Docs. 34 and 35.
[3] Doc. 36.
[4] Doc. 37.